# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ARTHUR GOLDMACHER**,
Appellant,

v.

**TOWN OF PALM BEACH,** a Municipal Corporation
of the State of Florida,
Appellee.

No. 4D17-2162

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 502016CA003683XXXXMB.

John M. Jorgensen and Derek Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Robert W. Wilkins and John C. Randolph of Jones, Foster, Johnston & Stubbs, P.A, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***